UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

    Plaintiff,

vs.             ORDER ADOPTING THE
               REPORT AND RECOMMENDATION

Mindy Lea Lackore-Mueller,
a/k/a Mindy Lea Lackore (02),

    Defendants.       Crim. No. 08-260 (DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED** that:

1. That Lackore's Motion to Suppress Statements, Admissions, and Answers [Docket No. 27] is DENIED, as moot.

2. That Lackore's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 28] is DENIED.

Dated: October 28, 2008

                s/David S. Doty
                DAVID S. DOTY
                United States District Court Judge